IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                        **No. 13-cr-30214-DRH**

**MICHAEL G. NEECE,**

**Defendant.**

**MEMORANDUM & ORDER**

**HERNDON, District Judge:**

This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for Defendant Neece, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2), and Defendant Neece's consent (Doc. 18). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on November 30, 2015 (Doc. 64). During the change of plea, Defendant Neece pled guilty to Count 1 of the Indictment, felon in possession of a firearm, following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 68).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent

objection, it is the finding of the Court in the case of *United States v. Neece*, that Defendant Neece was fully competent and capable of entering an informed plea, that defendant was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Neece **GUILTY** on Count 1 of the indictment. The Court also **REMINDS** the parties that this matter is set for sentencing on January 22, 2016 at 1:30 PM.

**IT IS SO ORDERED.**

Signed this 13th day of November, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.11.13 13:23:40 -06'00'

**United States District Judge**